IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KRISTA TIMIKA WALKER | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-00585-SDJ-BD |
| | § | |
| STATE OF TEXAS, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 3, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #23), that Plaintiff Krista Timika Walker's ("Plaintiff") claims be dismissed. Plaintiff filed Objections, (Dkt. #24), to the Report.

The Court conducted a de novo review of the Objections and the portions of the Report to which Plaintiff specifically objects, and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

**IT IS ORDERED** that Plaintiff's claims against Defendants the State of Texas, Andrea Thompson, and Greg Willis are **DISMISSED WITH PREJUDICE** and her remaining claims are **DISMISSED WITHOUT PREJUDICE**. Plaintiff may

file an amended complaint within 14 days of the docketing of this order. If she fails to do so, the case will be dismissed with prejudice.

**So ORDERED and SIGNED this 2nd day of October, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE